UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICKIE LEE,

    Plaintiff,

v.                                              CASE NO.: 1:10cv22-SPM/AK

SHANDS AT LAKE SHORE, INC.,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant's Unopposed Motion for an Extension of Time to Respond to the Complaint (doc. 8) is granted. Defendant shall have up to and including April 14, 2010, to file and serve its response to the complaint.

SO ORDERED this 9th day of April, 2010.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge